UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARGUS LEGAL, PLLC<br>9255 Center St.<br>Suite 307<br>Manassas, VA 20110<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT STATE<br>SERVE: Ronald Machen<br>United States Attorney<br>  for the District of Columbia<br>555 Fourth St., NW<br>Washington, DC 20530<br><br>    Defendant. | Civil Action No.  15cv540 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**COMES NOW** Plaintiff Argus Legal, PLLC ("Argus") by and through undersigned counsel and seeks the relief described below.

Argus brings this action for relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to order the production of all reports from January 1, 2007 to the present under Section 527(f) of the Foreign Relations Authorization Act, P.L. 103-236, fulfilling the requirement that the Secretary of State to provide to the Senate Foreign Relations Committee an annual report listing outstanding expropriation cases by The Republic of Colombia along with details about each case.

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

2. Plaintiff Argus is the actual requestor of the relevant records sought under the FOIA request at issue here which agency records that have been improperly withheld.

3. Defendant U.S. Department of State ("State") is an agency of the United States, and has possession of and control over the records that plaintiff seeks.

4. By letter sent by electronic mail, through State's designated FOIA request system, on December 16, 2014, to the Secretary of State, Plaintiff requested the following records relating to the Contract. Specifically, Argus asked for the following information:

> [A]ll reports from January 1, 2007 to the present under Section 527(f) of the Foreign Relations Authorization Act, P.L. 103-236, fulfilling the requirement that the Secretary of State to provide to the Senate Foreign Relations Committee an annual report listing outstanding expropriation cases by The Republic of Colombia along with details about each case.

5. By electronic mail, dated December 16, 2014, the State FOIA officer acknowledged that they had received the FAOIA request.

6. Having received no further communications or documents from State, by letter dated February 25, 2014, Argus appealed the agency's constructive denial of its FOIA request to the designated agency official. See 45 CFR § 5.34.

7. 5 U.S.C. § 552(a)(6)(A)(i) requires an agency to "determine within 20 days…after the receipt of any such request whether to comply… and shall immediately notify the person making such request of such determination and the reasons therefore." By letter, dated February 27, 2015, the State FOIA office denying that Argus's FOIA request had been denied since the agency had yet to complete processing the request; however, the agency's lack of any substantive response to Argus's FOIA request is a constructive denial of that request.

8. 5 U.S.C. § Section 552(a)(6)(C)(i) holds that constructive exhaustion is triggered if an agency does not comply with the twenty working day time limit established by the law. See Pollack

v. Dep't. of Justice, 49 F.3d 115, 118 (4th Cir. 1995); see also Spannaus v. U.S. Dept. of Justice, 824 F.2d 52 (D.C. Cir.1987)

 9.  Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for Defendant's refusal to disclose them to him.

 **WHEREFORE**, plaintiff prays that this Court:

 (1)  Declare that defendant's refusal to disclose the records requested by plaintiff is unlawful;

 (2)  Order defendant to make the requested records available to plaintiff;

 (3)  Award plaintiff his costs and reasonable attorneys' fees in this action; and

 (4)  Grant such other and further relief as the Court may deem just and proper.

          Respectfully submitted,

Date: April 13, 2015      By:  __/s/James S. DelSordo_____
             James S. DelSordo, Esq.
             DC Bar No. 498507
             Argus Legal, LLC
             9255 Center St.
             Suite 370
             Manassas, VA 20110
             Telephone: (703) 368-8770
             Facsimile:  (703) 368-8772

            Attorney for Plaintiff